IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANK MONTOYA,

    Plaintiff,

vs.          No. CIV 15-0575 JB/CG

JOHN DOE, JANE DOE, JEAN TOMLINSON,
JAMES ARMENTA, HANK BOYD,
JOHN P. SWEENY, and YOLANDA
BERUMEN-DEINES, each in their individual capacities,
the NEW MEXICO CHILDREN, YOUTH, AND
FAMILIES DEPARTMENT, and TUBALCAIN
SEARS,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal with Prejudice, filed August 22, 2016 (Doc. 45)("Voluntary Dismissal"). The Voluntary Dismissal dismissed with prejudice all of Plaintiff Frank Montoya's claims against the Defendants. See Voluntary Dismissal at 1. There not being any further claims or parties before the Court, the Court enters final judgment.

**IT IS ORDERED** that final judgment is entered, and this action is dismissed with prejudice.

                        _____
                        UNITED STATES DISTRICT JUDGE

*Counsel:*

Roger Smith
Revo/Smith Law Firm L.L.C.
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Sean Olivas
Keleher & McLeod, P.A.
Albuquerque, New Mexico

    *Attorney for the Defendants*